# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

JASON E. FENNER                                                                                PLAINTIFF
ADC# 127315


v.                                            2:16CV00113-JM-JJV


LYLES, Corporal, East Arkansas
Regional Unit, ADC; *et al.*                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Defendant Howard is DISMISSED without prejudice.

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 12th day of September, 2016.


_____
JAMES M.  MOODY, JR.
UNITED STATES DISTRICT JUDGE