IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JASON E. FENNER                                                                                    PLAINTIFF
ADC #127315

v.                                    2:16CV00113-JM-JJV

LYLES, Corporal, East Arkansas
Regional Unit, ADC; *et al.*                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. All Defendant Does are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

3. Plaintiff's Motion for Order and Motion to Amend/Correct (Doc. No. 15) is denied as moot.

DATED this 26th day of October, 2016.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE