## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JASON E. FENNER                                                                                     PLAINTIFF
ADC #127315

v.                                                   2:16CV00113-JM

LYLES, Corporal, East Arkansas
Regional Unit, ADC; *et al*.                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful

consideration, the Court concludes that the Proposed Findings and Recommended Disposition

should be, and hereby are, approved and adopted in their entirety as this Court's findings in all

respects.

IT IS, THEREFORE, ORDERED that:

1.      Defendant Speed's Motion to Dismiss (Doc. No. 13) is GRANTED.

2.      Defendant Speed is dismissed from this cause of action with prejudice.

3.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Order would not be taken in good faith.

DATED this 7th  day of March, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1